BRIAN J. McAULIFFE
ATTORNEY AT LAW
114 SOUTH MAPLE AVENUE
MARTINSBURG, WV 25401

E-MAIL: MCALAW2000@AOL.COM

West Virginia
Massachusetts

Tel: (304) 596-6036
Fax: (866) 612-3693

**Via FAX: 888-818-6431**
August 25, 2016

Daniel Booth, Esq.
Booth & McCarthy
PO Box 4669
Bridgeport, WV 26330

Re:  Vernon V. Franklin III
     In the United States Bankruptcy Court
     For the Northern District of West Virginia
     Case Number 3:16-bk-00871

Re:  Credit Acceptance Corporation
     vs. Vernon V. Franklin
     In the Circuit Court of Morgan County, West Virginia
     Case Number: 15-C-68

Dear Mr. Booth :

Enclosed please find a Suggestion of Bankruptcy in the above referenced case.

Prior to the filing of Mr. Franklin's case, the following sums were garnished from Mr. Franklin's wages:

| Date | Amount |
| --- | --- |
| June 16, 2016 | $118.16 |
| June 23, 2016 | $127.02 |
| June 30, 2016 | $118.16 |
| July 7, 2016 | $118.16 |
| July 14, 2016 | $82.71 |
| July 21, 2016 | $118.16 |
| July 28, 2016 | $153.61 |

EXHIBIT A

|  |  |
|---|---|
| August 4, 2016 | $118.16 |
| August 11, 2016 | $153.61 |
| August 18, 2016 | <u>$143.28</u> |
|  | $1252.03 |

These pre-petition wage garnishments paid to Credit Acceptance constitute a preference in violation of 11 U.S.C. §547(b). In addition, there are likely post-petition wage garnishments which would also need to be returned to the debtor. Please advise Credit Acceptance of their responsibilities under the United States Bankruptcy Code, and the possible consequences of their failure to do so. I would also ask that Credit Acceptance notify Mr. Franklin's employer, Asplundh Tree Expert Company, that the wage garnishment must be discontinued immediately.

Please contact me if you have any questions or if I can be of assistance to you in any way.

Thank you for your attention to this matter.

Very truly yours,

Brian J. McAuliffe

BJM:ldt
Encl. As stated
cc: Vernon Franklin III

C:\ECF\Franklin, Vernon V III\Franklin, Vernon - Letter to Booth & McCarthy re garnishment.wpd

BRIAN J. McAULIFFE
ATTORNEY AT LAW
114 SOUTH MAPLE AVENUE
MARTINSBURG, WV 25401

E-MAIL: MCALAW2000@AOL.COM

West Virginia                                                                                  Tel: (304) 596-6036
Massachusetts                                                                                  Fax: (866) 612-3693

August 25, 2016

Kimberly J Hanback, Circuit Clerk
Morgan County Circuit Court
77 Fairfax Street, Room 302
Berkeley Springs, WV 25411

    Re:    Credit Acceptance Corporation v. Vernon V. Franklin
           Case No: 15-C-68

Dear Ms. Hanback:

    Enclosed please find <u>Suggestion of Bankruptcy</u> in the above entitled matter. Please file same. Thank you for your attention to this matter.

                                        Very truly yours,

                                        Brian J. McAuliffe

BJM:pac
Encl.
cc:    Daniel Booth, Esq. of Booth & McCarthy
        Vernon Franklin III

IN THE CIRCUIT COURT OF MORGAN COUNTY, WEST VIRGINIA

Credit Acceptance Corporation

    Plaintiff.

vs.   Case No. 15-C-68

Vernon V. Franklin

    Defendant.

## SUGGESTION OF BANKRUPTCY

Comes now the above entitled Defendant, Vernon Franklin III, by the undersigned counsel, and states:

The above Defendant does hereby suggest upon the record of this Court that he has filed a Voluntary Petition in the United States Bankruptcy Court for the Northern District of West Virginia pursuant to Chapter 7 of the United States Bankruptcy Code. The case name and file number of that Bankruptcy case is:

    In Re: Franklin III, Vernon
    Case No: 3:16-bk-00871

Please note that a Notice of Commencement of Case is attached and incorporated herein. Your attention is directed to the paragraph entitled: "CREDITORS MAY NOT TAKE CERTAIN ACTIONS."

This is for information purposes only and does not constitute an appearance by the undersigned.

Dated: August 25, 2016

Vernon Franklin III
By counsel

_____
Brian J. McAuliffe, Esq.
Attorney At Law
West Virginia Bar No. 6282
114 S. Maple Avenue
Martinsburg, WV 25401
Tel: (304) 596-6036
Fax: (866) 612-3693
MCALAW2000@AOL.COM

## CERTIFICATE OF SERVICE

I, Brian J. McAuliffe, Counsel for Defendant herein, hereby certify that on August 25, 2016, I served the within Suggestion of Bankruptcy on all of the parties to the within action by mailing a true copy thereof, postage prepaid to all counsel of record or the party directly if unrepresented, addressed as follows:

Daniel Booth, Esq.
Booth & McCarthy
PO Box 4669
Bridgeport, WV  26330

_____
Brian J. McAuliffe

C:\ECF\Franklin, Vernon V III\Franklin, Vernon - Sugg of Bky Credit Acceptance.wpd